# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **CRIMINAL ACTION** |
| | : | **NO. 18-161** |
| **COREY HILARIO** | : | |

## ORDER

**AND NOW**, this 1st day of February, 2021, it is hereby **ORDERED** that the defendant's pro se "motion for early home confinement pursuant to the recently passed Care Act of 2020" [Doc. 35] is construed as a motion for release to home confinement pursuant to the compassionate release provision in 18 U.S.C. § 3582(c)(1)(A).

It is further **ORDERED** that the motion [Doc. 35] is **DENIED**.

                                              **BY THE COURT:**

                                              *Jeffrey L. Schmehl*
                                              **JEFFREY L. SCHMEHL, J**