IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : CRIMINAL ACTION |
| | : NO. 18-161 |
| COREY HILARIO | : |

### ORDER

**AND NOW**, this 8th day of October, 2024, it is hereby **ORDERED** that the Defendant's *pro se* motion for reduction of sentence [Doc. 40] is **DENIED**.

BY THE COURT:

_____
JEFFREY L. SCHMEHL, J.

1